IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JESSICA BLINKHORN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | FILE No. 1:16-cv-03171-TWT |
| FERRELL INTEREST, LLC, ) | |
| ) | |
| Defendant. ) | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Jessica Blinkhorn and Defendant Ferrell Interest, LLC, by and through the undersigned counsel of record, hereby stipulate and agree that the instant matter be dismissed with prejudice, without an award of fees or costs to either party.

Dated: February 24, 2017.

Respectfully submitted,

/s/Craig J. Ehrlich
Craig J. Ehrlich
*Attorney for Plaintiff*
Georgia Bar No. 242240
Ehrlich & Schapiro, LLC
1123 Zonolite Road, N.E., Suite 8-B
Atlanta, Georgia 30306
Tel: (404) 365-4460
Fax: (855) 415-2480
craig@ehrlichlawoffice.com

1

/s/Erin A. Easley
Robert A. Luskin
Georgia Bar No. 004383
Erin A. Easley
Georgia Bar No. 897138
Goodman McGuffey LLP
3340 Peachtree Road, N.E., Suite 2100
Atlanta, Georgia 30326
Tel: (404) 264-1500
Fax: (404) 264-1737
rluskin@gmlj.com
EEasley@GMLJ.com

## CERTIFICATE OF SERVICE

I certify that on February 24, 2017 I filed the within and foregoing Stipulation of Dismissal with Prejudice using the CM/ECF System for the federal District Court for the Northern District of Georgia, resulting in a true and correct copy of the same to be delivered via electronic mail to the following counsel of record:

Robert A. Luskin, Esq.
Erin A. Easley, Esq.
Goodman McGuffey LLP
3340 Peachtree Road, N.E., Suite 2100
Atlanta, Georgia 30326
Fax: (404) 264-1737
rluskin@gmlj.com
EEasley@GMLJ.com

/s/Craig J. Ehrlich
Craig J. Ehrlich

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1

The undersigned hereby certifies that the foregoing document has been prepared in accordance with the font type and margin requirements of Local Rule 5.1 of the Northern District of Georgia, using a font type of Times New Roman and a point size of 14.

/s/Craig J. Ehrlich
Craig J. Ehrlich